# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2015

*The Court of Appeals hereby passes the following order:*

**A14A2194.  IN RE: PATRICK WILLIAM HAHN.**

Patrick William Hahn is the minor child of Jamie P. Hahn and Jeannie M. Hahn.  Jamie Hahn, who is incarcerated, appealed from the parties' divorce decree in Case No. A14A2193.  We transferred that appeal to the Supreme Court because under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  That case is currently pending in the Supreme Court as Case Number S15A0197.  The instant case involves the name change of the parties' minor child.   In the interest of judicial economy and to prevent piecemeal appellate review, this appeal is also TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/13/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*